United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-16301-pmm |
|---|---|
| Luigi Igino Iannuzzi | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2020 | Form ID: 155 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Luigi Igino Iannuzzi, 4641 Steeplechase Drive, Easton, PA 18040-6752 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON M. RAPA | on behalf of Debtor Luigi Igino Iannuzzi jrapa@rapalegal.com mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION et.al. robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | |

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Oct 29, 2020 | Form ID: 155 | Total Noticed: 1 |

on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Luigi Igino Iannuzzi
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−16301−pmm

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this October 29, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

30
Form 155