UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Luigi Igino Iannuzzi                  :        Chapter 13
                                              :
            Debtor.                           :        Case No.:   19-16301

**ORDER**

AND NOW, upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED that the compensation charged by the counsel for the Debtor, Jason M. Rapa, Esquire, in the amount of Four Thousand and xx/00 Dollars ($4,000.00), of which Two Thousand ($2,000.00) has been paid pre-petition. The remaining amount may be paid by the Trustee pursuant to the terms of the confirmed Plan.

BY THE COURT:

*Patricia M. Mayer*

Dated: 11/18/20

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge