**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Luigi Igino Iannuzzi<br>　　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>　　　　　　　　　　　　Movant<br>vs.<br>Luigi Igino Iannuzzi<br>　　　　　　　　　　　　Debtor(s)<br>Gary M. Friedman<br>Marian Friedman<br>　　　　　　　　　　　　Co-Debtors<br>Scott F. Waterman<br>　　　　　　　　　　　　Trustee | NO. 19-16301 PMM<br><br>11 U.S.C. Section 362 and 1301 |

**ORDER**

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 4641 Steeplechase Drive, Easton, PA 18040 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*/Patricia M. Mayer/*
United States Bankruptcy Judge.

**Date: December 29, 2020**

Luigi Igino Iannuzzi
4641 Steeplechase Drive
Easton, PA 18040

Gary M. Friedman
4641 Steeplechase Drive
Easton, PA 18040

Marian Friedman
4641 Steeplechase Drive
Easton, PA 18040

JASON M. RAPA
141 South 1st Street
Lehighton, PA 18235

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532