United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 19-16301-pmm
Luigi Igino Iannuzzi | Chapter 13
　　Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: Adminstra | Page 1 of 2
Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

**Recip ID　　Recipient Name and Address**
db　　+ Luigi Igino Iannuzzi, 4641 Steeplechase Drive, Easton, PA 18040-6752

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2020　　　　Signature:　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

**Name　　Email Address**

DENISE ELIZABETH CARLON
　　on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

JASON M. RAPA
　　on behalf of Debtor Luigi Igino Iannuzzi jrapa@rapalegal.com
　　mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com

MARIO J. HANYON
　　on behalf of Creditor FREEDOM MORTGAGE CORPORATION mario.hanyon@brockandscott.com
　　wbecf@brockandscott.com

REBECCA ANN SOLARZ
　　on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
　　on behalf of Creditor FREEDOM MORTGAGE CORPORATION et.al. bkgroup@kmllawgroup.com

District/off: 0313-4 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 1

ROBERT J. DAVIDOW
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION et.al. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Luigi Igino Iannuzzi | | CHAPTER 13 |
| Debtor(s) | | |
| FREEDOM MORTGAGE CORPORATION | | |
| Movant | | |
| vs. | | NO. 19-16301 PMM |
| Luigi Igino Iannuzzi | | |
| Debtor(s) | | |
| Gary M. Friedman | | |
| Marian Friedman | | |
| Co-Debtors | | 11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman | | |
| Trustee | | |

**ORDER**

     ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 4641 Steeplechase Drive, Easton, PA 18040 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*/s/ Patricia M. Mayer*

United States Bankruptcy Judge.

**Date: December 29, 2020**

Luigi Igino Iannuzzi
4641 Steeplechase Drive
Easton, PA 18040

Gary M. Friedman
4641 Steeplechase Drive
Easton, PA 18040

Marian Friedman
4641 Steeplechase Drive
Easton, PA 18040

JASON M. RAPA
141 South 1st Street
Lehighton, PA 18235

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532