| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-16301-PMM**

Luigi Igino Iannuzzi
4641 Steeplechase Drive
Easton  PA    18040

Petition Filed Date: 10/07/2019
341 Hearing Date: 11/19/2019
Confirmation Date: 10/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $740.42 | | 02/28/2020 | $740.42 | | 03/23/2020 | $740.42 | |
| 03/27/2020 | $740.42 | | 05/06/2020 | $740.42 | | 06/12/2020 | $740.42 | |
| 07/06/2020 | $714.00 | | 08/07/2020 | $714.00 | | 09/04/2020 | $714.00 | |
| 10/02/2020 | $714.00 | | 11/09/2020 | $714.00 | | 12/10/2020 | $714.00 | |

**Total Receipts for the Period: $8,726.52    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,471.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JASON M RAPA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | ASHLEY FUNDING SVCS LLC<br>»» 001 | Unsecured Creditors | $224.71 | $0.00 | $224.71 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $828.06 | $0.00 | $828.06 |
| 3 | SANTANDER CONSUMER USA INC<br>»» 003 | Secured Creditors | $82.17 | $15.71 | $66.46 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,480.38 | $0.00 | $1,480.38 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,329.09 | $0.00 | $2,329.09 |
| 6 | AMERICAN FIRST FINANCE<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $3,392.42 | $0.00 | $3,392.42 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $953.85 | $0.00 | $953.85 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $1,173.76 | $0.00 | $1,173.76 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $835.08 | $0.00 | $835.08 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $1,204.65 | $0.00 | $1,204.65 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $907.64 | $0.00 | $907.64 |
| 13 | ALLY FINANCIAL<br>»» 013 | Unsecured Creditors | $15,658.72 | $0.00 | $15,658.72 |
| 14 | ASHLEY FUNDING SVCS LLC<br>»» 014 | Unsecured Creditors | $13.28 | $0.00 | $13.28 |

**Chapter 13 Case No. 19-16301-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK NA<br>»» 015 | Unsecured Creditors | $875.63 | $0.00 | $875.63 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $441.22 | $0.00 | $441.22 |
| 17 | ASHLEY FUNDING SVCS LLC<br>»» 017 | Unsecured Creditors | $11.43 | $0.00 | $11.43 |
| 18 | ASHLEY FUNDING SVCS LLC<br>»» 018 | Unsecured Creditors | $20.77 | $0.00 | $20.77 |
| 19 | ASHLEY FUNDING SVCS LLC<br>»» 019 | Unsecured Creditors | $42.98 | $0.00 | $42.98 |
| 20 | FREEDOM MORTGAGE CORPORATION<br>»» 020 | Mortgage Arrears | $34,633.89 | $6,621.09 | $28,012.80 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,471.52 | Current Monthly Payment: | $713.00 |
| Paid to Claims: | $8,636.80 | Arrearages: | $4,276.00 |
| Paid to Trustee: | $834.72 | Total Plan Base: | $42,267.52 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.