United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-16301-pmm

Luigi Igino Iannuzzi     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4

Date Rcvd: Jul 01, 2021     Form ID: pdf900     Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luigi Igino Iannuzzi, 4641 Steeplechase Drive, Easton, PA 18040-6752 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14430319 | | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14401134 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14401140 | + | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14401139 | + | Easton Hospital, 250 S. 21st St.,, Easton, PA 18042-3892 |
| 14401146 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, FSB Blaze Credit Card, 500 E. 60th St.,, Sioux Falls, SD 57104 |
| 14409182 | | FREEDOM MORTGAGE CORPORATION, C/O Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14409178 | | FREEDOM MORTGAGE CORPORATION et.al., C/O Robert J. Davidow, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14401142 | + | First National Credit Card, PO Box 2496, Omaha, NE 68103-2496 |
| 14401143 | + | First Premier Bank, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14401144 | + | Foundation Radiology, 401 Liberty Ave 20th Floor, Pittsburgh, PA 15222-1000 |
| 14401145 | + | Freedom Mortgage Corp, 1901 E Voorhees St.,, Ste C, Danville, IL 61834-4512 |
| 14552497 | + | Freedom Mortgage Corp., c/o Rebecca A. Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14440208 | + | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14401147 | + | Gary Friedman, 630 Bluebird Drive, Monroe Township, NJ 08831-5729 |
| 14401148 | + | Hunterdon Endosurgery Center, 1100 Wescott Drive STe 204, Flemington, NJ 08822-4600 |
| 14401149 | + | Hunterdon Gastroenterology Associates, 1100 Wescott Drive Ste 206, Flemington, NJ 08822-4600 |
| 14401150 | + | JFK Medical Associates, PO Box 11912, Newark, NJ 07101-4912 |
| 14401151 | + | KML Law Group, P.C., Suit 5000 BNY Mellon Indepence Cent, 701 Market St., Philadelphia, PA 19106-1541 |
| 14401154 | + | LTD Financial Services, LP, 3200 Wilcrest Ste 600, Houston, TX 77042-6000 |
| 14401152 | + | Laboratory Corp of America, Box 2240, Burlington, NC 27216-2240 |
| 14401153 | + | Lawn Doctor, 142 State Rte 34, Holmdel, NJ 07733-2092 |
| 14401155 | + | Marian Friedman, 630 Bluebird Drive, Monroe Township, NJ 08831-5729 |
| 14401156 | + | Medical Data Systems, 2001 9th Ave STe 312, Vero Beach, FL 32960-6413 |
| 14401160 | + | Optimum, PO Box 742698, Cincinnati, OH 45274-2698 |
| 14401163 | + | PSEG, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 14401165 | + | REMEX Inc, 307 Wall St.,, Princeton, NJ 08540-1515 |
| 14401164 | + | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14401167 | + | Superior Dental Health, 4640 Champlain Drive STe 105, Lincoln, NE 68521-4714 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 01 2021 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 01 2021 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14401133 | | Email/Text: bankruptcy@americanwebloan.com | Jul 01 2021 23:52:00 | AWL Inc, 3910 W. 6th Ave.,, Stillwater, OK 74074 |
| 14401132 | | Email/Text: ebn@americollect.com | Jul 01 2021 23:52:00 | Americollect, PO Box 1566, Manitowoc, WI 54221 |
| 14434287 | | Email/Text: ally@ebn.phinsolutions.com | Jul 01 2021 23:52:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14401130 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 01 2021 23:52:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14401131 | + | Email/Text: bky@americanprofit.net | Jul 01 2021 23:53:00 | American Profit Recovery, 34505 W. 12 Mile Rd.,, Ste 333, Farmington, MI 48331-3288 |
| 14405885 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 00:05:35 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14401135 | + | Email/Text: bankruptcy@jdbyrider.com | Jul 01 2021 23:53:00 | CNAC Finance, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14438477 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 00:05:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14401136 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 01 2021 23:53:00 | Convergent, 10750 Hammerly Blvd #200, Houston, TX 77043-2317 |
| 14401137 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2021 00:05:31 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14401141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 00:05:21 | Exxon Mobile/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14410446 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2021 23:55:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14401157 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 02 2021 00:05:19 | Merrick Bank, Po Box 660702, Dallas, TX 75266-0702 |
| 14430689 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2021 23:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14401158 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2021 23:52:00 | Midland Credit Managment, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14401159 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2021 23:52:00 | Midland Funding, 320 E. Big Beaver Rd., Ste 300, Troy, MI 48083-1271 |
| 14432123 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2021 23:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14401161 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 23:55:07 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14428590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 23:55:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14434155 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 01 2021 23:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14406781 | | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2021 23:52:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14401168 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 23:55:07 | SYNCB/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 14401169 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 23:55:07 | SYNCB/Ashley Furniture, PO Box 965036, Orlando, FL 32896-5036 |

Case 19-16301-pmm   Doc 49   Filed 07/03/21   Entered 07/04/21 00:38:37   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: pdf900 | Total Noticed: 65 |

| Recip ID | Bypass | Notice Info | Date Sent | Name and Address |
|---|---|---|---|---|
| 14401170 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 23:55:11 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14401171 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 23:55:11 | SYNCB/PepBoys, Po Box 965001, Orlando, FL 32896-5001 |
| 14401172 | | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 23:55:07 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14401166 | + | Email/Text: bankruptcy@savit.com | Jul 01 2021 23:53:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 14401173 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 00:05:31 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14401174 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 01 2021 23:52:00 | Verizon, 500 Technology Dr., Ste 300, Weldon Springs, MO 63304-2225 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14401138 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14401162 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2021           Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JASON M. RAPA | on behalf of Debtor Luigi Igino Iannuzzi jrapa@rapalegal.com mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com  wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION et.al. bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION et.al. robert.davidow@phelanhallinan.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Jul 01, 2021 | Form ID: pdf900 | Total Noticed: 65

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　　Luigi Igino Iannuzzi<br><br><br>　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-16301-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 1, 2021**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE